AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>__Jeffrey Branche__<br>*Defendant* | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number: 6:05-mj-00224-WMW |

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __11/9/2005__ * at __11:00 am__
                                     *Date*                                      *Time*

before __The Honorable Sandra M. Snyder__
        *Name of Judicial Officer*

__United States District Court, Freno CA__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
*Other Custodial Official*

Date: __11/7/2005__                                   __/s/ [signature]__
                                                                                *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.